IN THE UNITED STATES DISTRICT COURT FOR THE RECEIVED
MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

2006 OCT 17 P 4:52

KARL RUDOLPH LENTZ  )
_____ )
_____ )
_____ )
       Plaintiff(s)         )
                            )      2:06CV942-MEF
       v.                   )
                            )
ALABAMA @ DHR              )
_____ )
_____ )
_____ )
       Defendant(s)         )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __KARL RUDOLPH LENTZ__ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_MIDDLE_ District of _ALABAMA_

_Karl Rudolph Lentz_
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

_Alabama DHR_
Defendant

CASE NUMBER:

I, _Karl Rudolph Lentz_, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _$650 a week SHEPHERDS INSTALLATION in Warner Robins GA_ _I am a sub-contractor for DirecTV - since 1993_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _We have Pauper status in Jefferson County, Alabama_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes  ☒ No
   b. Rent payments, interest or dividends             ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes  ☒ No
   d. Disability or workers compensation payments      ☐ Yes  ☒ No
   e. Gifts or inheritances                            ☐ Yes  ☒ No
   f. Any other sources                                ☐ Yes  ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☒ Yes   ☐ No

   If "Yes," state the total amount. _As of today $340.00_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   1965 Chevrolet Pick up truck
   1969 Chevrolet Coupe

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

10/17/2006
Date

_[Signature]_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.