In the United States Court
For The Middle District of Alabama

RECEIVED
2006 OCT 18 A 9:01
TERRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Karl R Lentz           )       Case No
Plaintiff, Prose       )       2:06CV942-MEF
                       )
                       )
        v              )
                       )
Alabama Dept of        )       Application for the Court
Human Resources and    )       to Appoint an Attorney
its Agents             )
     and               )
Jefferson County       )       IN FORMA PAUPERIS
Family Court + its     )
Defendants             )

Plaintiff's Motion for an Immediate Appointment of an Attorney

We respectfully request an attorney to help us in this case

1) Because we have (my wife and I) already spent our life savings (thousands of dollars) on Attorneys to help us fight DHR in reuniting us with our children

2) We will try to prove that our children were kidnapped by the use or misuse of "Color of Law" 42 USC 241, 42 USC 242

3) I live in Virginia, so it is a LONG RIDE especially since I drive a 1965 Chevrolet Pick up Truck and our farm in Virginia needs my help.

4) October 24th 2006, time is running out Based on a Federal Law, which irreparably will harm our family

5) Since we have PROOF AT STATEMENT, A CONFESSION from our Public Defender Admitting Guilt from all Parties involved

Respectfully submitted on this day 18th of October 2006
Karl Lentz   [signature]