IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KPL, infant son, a.k.a. KPM, | ) |
| represented, at this time, | ) |
| KARL RUDOLPH LENTZ, Natural Father, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-942-MEF |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of Plaintiff's motion for a temporary restraining order (Doc. # 3), filed on October 18, 2006, it is hereby ORDERED that the motion is DENIED pursuant to Federal Rule of Civil Procedure 65(b).

It is further ORDERED that all remaining matters are referred to the Magistrate Judge.

DONE this the 20th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE